UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRIS MOLINA,

                              Plaintiff,

              -against-

HARVARD MAINTENANCE,

                              Defendant.

20-CV-10803 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff brings this *pro se* action, alleging that her employer discriminated against her on the basis of her nation origin in violation of Title VII of the Civil Right Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297. The Court dismisses the complaint for the following reasons.

Plaintiff has submitted to this Court a virtually identical complaint against Defendant alleging that it discriminated against her on the basis of her national origin. That case is presently pending before the Honorable Louis L. Stanton of this Court under docket number ECF 1:20-CV-10993 (LLS). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number ECF 1:20-CV-10993 (LLS).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

Plaintiff's complaint is dismissed as duplicative. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and

therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 7, 2021
       New York, New York

                                        COLLEEN McMAHON
                                  Chief United States District Judge